**Order entered September 23, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00780-CV

### ROBERT LANSING WAKEFIELD, Appellant

### V.

### RUBIO DIGITAL FORENSICS, LLC, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02783-2020**

## ORDER

Before the Court is the parties' September 22, 2022 joint motion for extension of time to file their respective briefs. We **GRANT** the motion. We extend the time to October 25 for appellant's brief and to December 9 for appellee's brief.

/s/    KEN MOLBERG
        JUSTICE